UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| DENNIS DONELL CHATMAN | CIVIL ACTION |
| VERSUS | NO. 24-1944 |
| CORRECT HEALTH SOLUTIONS ET AL. | SECTION: "J"(5) |

# ORDER

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge **(Rec. Doc. 11)**, and the failure of any party to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that the *Motion to Dismiss* **(Rec. Doc. 9)** filed by Defendants CorrectHealth St. Tammany, LLC and Dr. Samuel Gore is **GRANTED**, and all claims against Defendants CorrectHealth St. Tammany, LLC and Dr. Samuel Gore are **DISMISSED with prejudice**.

New Orleans, Louisiana, this 26th day of November, 2024.

_____
CARL J. BARBIER
UNITED STATES DISTRICT JUDGE