UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| DENNIS DONELL CHATMAN | CIVIL ACTION |
| VERSUS | NO. 24-1944 |
| CORRECT HEALTH SOLUTIONS ET AL. | SECTION: "J"(5) |

# ORDER

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge **(Rec. Doc. 12)**, and the failure of any party to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that the *Motion to Dismiss* **(Rec. Doc. 10)** filed by Defendants Sheriff Randy Smith, in both his individual and official capacities as Sheriff of St. Tammany Parish, Louisiana, and Warden Daniel Fleischman, in both his individual and official capacities, is **GRANTED**, and Plaintiff's claims against Defendants Sheriff Randy Smith, in both his individual and official capacities as Sheriff of St. Tammany Parish, Louisiana, and Warden Daniel Fleischman, in both his individual and official capacities are **DISMISSED WITH PREJUDICE** as failing to state a claim.

**IT IS FURTHER ORDERED** that Plaintiff's claims against "Unknown Female Nurse" in her individual and official capacities are **DISMISSED WITH**

**PREJUDICE** as frivolous and for otherwise failing to state a claim on which relief may be granted.

New Orleans, Louisiana, this 11th day of December, 2024.

_____
CARL J. BARBIER
UNITED STATES DISTRICT JUDGE